Filed: 11/25/2024 7:04 PM
Kari French
County Clerk
Walker County, Texas

Autumn Evans

## AFFIDAVIT OF SERVICE

State of Texas                County of Walker                At Law, County Court

Case Number: 14592CV

Plaintiff:
**Deborah Woodall**

vs.

Defendant:
**State Farm Mutual Automobile Insurance Company**

For:
Annie McAdams PC
1150 Bissonnet
Houston, TX 77005

Received by Kelly Murski on the 15th day of November, 2024 at 12:54 pm to be served on **State Farm Mutual Automobile Insurance Company by serving its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Kelly Murski, being duly sworn, depose and say that on the **15th day of November, 2024** at **2:54 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Citation with Plaintiff's Original Petition** with the date of delivery endorsed thereon by me, to **Christopher Bazaco, Corporation Service Company**, in person, as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **State Farm Mutual Automobile Insurance Company** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 18th day of November, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

Kelly Murski
PSC-5912, Exp. 10/31/2026
Date 11/18/24

Lexitas (New York)
1235 Broadway
2nd Floor
New York, NY 10001

Our Job Serial Number: ATX-2024013451
Ref: 22883557

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

EXHIBIT B                                                                                          TS