**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DEBORAH WOODALL** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 4:24-cv-04937** |
| | § | **(JURY)** |
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE COMPANY** | § | |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

Please take notice that Plaintiff and Defendant have entered into a settlement in this cause. Therefore, once the settlement documents have been executed, a final order will be submitted to this Honorable Court for execution.

Respectfully submitted,

**GERMER PLLC**

By: Rachel Crutchfield

**DALE M. "RETT" HOLIDY**
State Bar No. 00792937
Federal Bar No. 21382
holidyefile@germer.com
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**ATTORNEY FOR DEFENDANT,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

**OF COUNSEL:**

**GERMER PLLC**
Rachel Crutchfield
State Bar No. 24012481
Federal Bar No. 3696121
rcrutchfield@germer.com
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 19th day of November, 2025.

Annie McAdams **VIA CM/ECF**
Joshua Chambers
ANNIE MCADAMS PC
2900 North Loop West, Ste. 1130
Houston, Texas 77092
annie@mcadamspc.com
joshua@mcadamspc.com
**E-Service:** service@mcadamspc.com

Rachel Crutchfield
**RACHEL CRUTCHFIELD**